No. 96–8030. VRETTOS v. UNITED MACHINE SPECIALTIES CORP. ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–8032. CARTER v. SIEGLER ET AL. Ct. App. Mich. Certiorari denied.

No. 96–8035. FAUST v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 96–8038. CHARM v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 96–8045. NADAL v. CITY OF YONKERS ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–8046. MCREYNOLDS v. VENKATARAGHAVEN ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–8047. JENKINS v. OAKLEY ET AL. Sup. Ct. N. M. Certiorari denied.

No. 96–8048. ENGLISH v. LOUISIANA DEPARTMENT OF CORRECTIONS. Sup. Ct. La. Certiorari denied.

No. 96–8050. GREEN v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 96–8051. EBENHART v. HOWARD COMMUNITY SERVICES ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–8052. TUCKER v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 96–8055. BROUSSARD v. EVANS ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–8064. WILLIAMSON v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 96–8068. WOLFE v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 96–8078. ROBERTSON v. THORNELL ET AL. C. A. 8th Cir. Certiorari denied.